Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−10786−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candice Brooks                            Mark Brooks
   218 Lafayette St.                          218 Lafayette St.
   Roselle, NJ 07203                      Roselle, NJ 07203

Social Security No.:
   xxx−xx−1332                               xxx−xx−0959

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               3/14/18
Time:             09:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 16, 2018
JAN: lc

                                         Jeanne Naughton
                                         Clerk, U. S. Bankruptcy Court

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                            Case No. 18-10786-SLM
Candice Brooks                                                    Chapter 13
Mark Brooks
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Jan 16, 2018
                              Form ID: 132                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db/jdb         +Candice Brooks,    Mark Brooks,    218 Lafayette St.,    Roselle, NJ 07203-1724
517277873     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517277875      +Capital One,    Bankruptcy Department,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
517277874      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517277876      +Chase,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517277877      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517277878       Comenity Bank,    Attn: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
517277881      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
517277884      +Geico,    One Geico Plaza,    Bethesda, MD 20811-0002
517277885      +Gentle Dental,    221 Chestnut Street,    Roselle, NJ 07203-1280
517277887      +Jersey Central Fcu,    Po Box 661,    Cranford, NJ 07016-0661
517277888      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517277892      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517278697      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517277893      +St. Mary's High School,    64 Chestnut Street,    Rutherford, NJ 07070-1783
517277895      +State of NJ,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517277894       State of NJ,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
517277896     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court:    T Mobile,    PO BOX 742596,    Cincinnati, OH 45274)
517277897      +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
517277898      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517277899      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
517277900      +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517277901      +Verizon Wireless - Bankruptcy,    500 Technology Drive,    Suite 550,
                 Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2018 23:37:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2018 23:37:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517277872      +E-mail/Text: bankruptcy@sccompanies.com Jan 16 2018 23:38:36      Ashro,    1112 7th Ave,
                 Monroe, WI 53566-1364
517277879      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2018 23:40:22      Credit One Bank,
                 Attn: Bankruptcy Dept,    585 Pilot Rd,    Las Vegas, NV 89119-3619
517277880      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2018 23:40:22      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517277882      +E-mail/PDF: pa_dc_ed@navient.com Jan 16 2018 23:40:29      Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517277883      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 16 2018 23:38:15
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
517277886      +E-mail/Text: cio.bncmail@irs.gov Jan 16 2018 23:37:41      IRS,    Centralized Insolvency,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517277889      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 16 2018 23:37:36      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517277890      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2018 23:46:32
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517277891      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 16 2018 23:37:54      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Jan 16, 2018
                              Form ID: 132             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott J. Goldstein     on behalf of Joint Debtor Mark   Brooks sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein     on behalf of Debtor Candice   Brooks sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```