| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Candice Brooks | Social Security number or ITIN: | xxx–xx–1332 |
| | First Name   Middle Name   Last Name | EIN: | __–_____ |
| Debtor 2: (Spouse, if filing) | Mark Brooks | Social Security number or ITIN: | xxx–xx–0959 |
| | First Name   Middle Name   Last Name | EIN: | __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13   1/14/18 |
| Case number: | 18–10786–SLM | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Candice Brooks | Mark Brooks |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 218 Lafayette St.<br>Roselle, NJ 07203 | 218 Lafayette St.<br>Roselle, NJ 07203 |
| 4. | **Debtor's attorney**<br>Name and address | Scott J. Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834 | Contact phone 973–453–2838 |
| 5. | **Bankruptcy trustee**<br>Name and address | Marie–Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Contact phone 973–227–2840<br>www.magtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 973–645–4764<br>Date: 1/15/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 13, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/26/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10786-SLM
Candice Brooks                                                        Chapter 13
Mark Brooks
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jan 16, 2018
                              Form ID: 309I            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db/jdb         +Candice Brooks,   Mark Brooks,   218 Lafayette St.,   Roselle, NJ 07203-1724
517277881      +Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
517277884      +Geico,   One Geico Plaza,   Bethesda, MD 20811-0002
517277885      +Gentle Dental,   221 Chestnut Street,   Roselle, NJ 07203-1280
517277887      +Jersey Central Fcu,   Po Box 661,   Cranford, NJ 07016-0661
517277888      +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Westmont, NJ 08108-2812
517277892      +Nationstar Mortgage LLC,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517277893      +St. Mary's High School,   64 Chestnut Street,   Rutherford, NJ 07070-1783
517277895      +State of NJ,   Division of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
517277894       State of NJ,   Surcharge Violation System,   PO Box 4850,   Trenton, NJ 08650-4850
517277897      +TekCollect Inc,   Po Box 1269,   Columbus, OH 43216-1269
517277898      +Thrift Investment Corp,   720 King George Post Rd,   Fords, NJ 08863-1985
517277899      +Trident Asset Management,   Attn: Bankruptcy,   Po Box 888424,   Atlanta, GA 30356-0424
517277901      +Verizon Wireless - Bankruptcy,   500 Technology Drive,   Suite 550,
                 Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sjg@sgoldsteinlaw.com Jan 16 2018 23:37:23     Scott J. Goldstein,
                 Law Offices of Scott J. Goldstein, LLC,   280 West Main Street,   Denville, NJ  07834
tr             +E-mail/Text: BNC@magtrustee.com Jan 16 2018 23:38:24     Marie-Ann Greenberg,
                 Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2018 23:37:56     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2018 23:37:54     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517277872      +EDI: CBS7AVE Jan 16 2018 23:23:00      Ashro,   1112 7th Ave,   Monroe, WI 53566-1364
517277873      +EDI: BANKAMER.COM Jan 16 2018 23:23:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
517277874      +EDI: CAPITALONE.COM Jan 16 2018 23:23:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517277875      +EDI: CAPITALONE.COM Jan 16 2018 23:23:00      Capital One,   Bankruptcy Department,
                 1680 Capital One Drive,   Mc Lean, VA 22102-3407
517277876      +EDI: CHASE.COM Jan 16 2018 23:23:00      Chase,   Attn: Bankruptcy Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
517277877      +EDI: CHASE.COM Jan 16 2018 23:23:00      Chase Card Services,   Attn: Correspondence,
                 Po Box 15278,   Wilmington, DE 19850-5278
517277878       EDI: WFNNB.COM Jan 16 2018 23:23:00      Comenity Bank,   Attn: Bankruptcy,   P.O. Box 182125,
                 Columbus, OH 43218-2125
517277879      +EDI: RCSFNBMARIN.COM Jan 16 2018 23:23:00      Credit One Bank,   Attn: Bankruptcy Dept,
                 585 Pilot Rd,   Las Vegas, NV 89119-3619
517277880      +EDI: RCSFNBMARIN.COM Jan 16 2018 23:23:00      Credit One Bank Na,   Po Box 98873,
                 Las Vegas, NV 89193-8873
517277882      +EDI: NAVIENTFKASMDOE.COM Jan 16 2018 23:23:00      Dept Of Ed/Navient,   Attn: Claims Dept,
                 P.O. Box 9635,   Wilkes Barr, PA 18773-9635
517277883      +EDI: DCI.COM Jan 16 2018 23:23:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,   Po Box 551268,   Jacksonville, FL 32255-1268
517277886      +EDI: IRS.COM Jan 16 2018 23:23:00      IRS,   Centralized Insolvency,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517277889      +EDI: CBSKOHLS.COM Jan 16 2018 23:23:00      Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
517277890      +EDI: RESURGENT.COM Jan 16 2018 23:23:00      LVNV Funding/Resurgent Capital,   Po Box 10497,
                 Greenville, SC 29603-0497
517277891      +EDI: MID8.COM Jan 16 2018 23:23:00      Midland Funding,   Attn: Bankruptcy,   Po Box 939069,
                 San Diego, CA 92193-9069
517277896       EDI: AISTMBL.COM Jan 16 2018 23:23:00      T Mobile,   PO BOX 742596,   Cincinnati, OH 45274
517277900      +EDI: VERIZONEAST.COM Jan 16 2018 23:23:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 16, 2018
                              Form ID: 309I            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```