|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Nationstar Mortgage LLC d/b/a Mr. Cooper |
| In Re:<br><br>Candice Brooks, Mark Brooks,<br><br>Debtors |

**Order Filed on March 27, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: 18-10786 SLM
Adv. No.:
Hearing Date: 3/14/18 @9:00 a.m.

Judge: Stacey L. Meisel

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: March 27, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: Candice Brooks, Mark Brooks
Case No.: 18-10786 SLM
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a mortgage on real property located at 218 Lafayette Street, Roselle, NJ, 07203, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Scott J. Goldstein, Esquire, attorney for Debtor, Sidney C. Grimes, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, which is claim #16 on the claims register and contains pre-petition arrears of $57,284.60 through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Candice Brooks  
Mark Brooks  
     Debtors

Case No. 18-10786-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 28, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.  
db/jdb        +Candice Brooks,    Mark Brooks,    218 Lafayette St.,    Roselle, NJ 07203-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:

          Christopher John Buggy    on behalf of Creditor    St. Mary of the Assumption High School  
            cbuggy@carellabyrne.com  
          Christopher John Buggy    on behalf of Creditor    St. Mary's of the Assumption Catholic Church  
            cbuggy@carellabyrne.com  
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          G. Glennon Troublefield    on behalf of Creditor    St. Mary's of the Assumption Catholic Church  
            gtroublefield@carellabyrne.com  
          G. Glennon Troublefield    on behalf of Creditor    St. Mary of the Assumption High School  
            gtroublefield@carellabyrne.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
            rsolarz@kmllawgroup.com  
          Scott J. Goldstein    on behalf of Debtor Candice Brooks sjg@sgoldsteinlaw.com,  
            cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
          Scott J. Goldstein    on behalf of Joint Debtor Mark Brooks sjg@sgoldsteinlaw.com,  
            cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 10