Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                   Case No.: 18−10786−SLM
                                                   Chapter: 13
                                                   Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candice Brooks                                    Mark Brooks
   218 Lafayette St.                                218 Lafayette St.
   Roselle, NJ 07203                             Roselle, NJ 07203

Social Security No.:
   xxx−xx−1332                                       xxx−xx−0959

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 25, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 25, 2018
JAN: rah

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10786-SLM
Candice Brooks                                                          Chapter 13
Mark Brooks
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: May 25, 2018
                              Form ID: 148             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
```
db/jdb         +Candice Brooks,    Mark Brooks,    218 Lafayette St.,    Roselle, NJ 07203-1724
cr             +St. Mary of the Assumption High School,    c/o Carella Byrne,    5 Becker Farm Road,
                 Roseland, NJ 07068-1741
cr             +St. Mary's of the Assumption Catholic Church,    c/o Carella, Byrne,    5 Becker Farm Road,
                 Roseland, NJ 07068-1741
517277881      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
517277884      +Geico,    One Geico Plaza,    Bethesda, MD 20811-0002
517277885      +Gentle Dental,    221 Chestnut Street,    Roselle, NJ 07203-1280
517277887      +Jersey Central Fcu,    Po Box 661,    Cranford, NJ 07016-0661
517365941      +Jersey Central Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517277888      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517277892      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517382016      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517278697      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517525408     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517383783      +St. Mary of the Assumption High School,    c/o Carella Byrne,    5 Becker Farm Road,
                 Roseland, New Jersey 07068-1741
517277893      +St. Mary's High School,    64 Chestnut Street,    Rutherford, NJ 07070-1783
517383781      +St. Mary's of the Assumption Catholic Church,    c/o Carella, Byrne,    5 Becker Farm Road,
                 Roseland, New Jersey 07068-1741
517277895      +State of NJ,    Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517277894       State of NJ,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
517277897      +TekCollect Inc,    Po Box 1269,    Columbus, OH 43216-1269
517277898      +Thrift Investment Corp,    720 King George Post Rd,    Fords, NJ 08863-1985
517277899      +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517277872      +EDI: CBS7AVE May 26 2018 03:03:00      Ashro,    1112 7th Ave,    Monroe, WI 53566-1364
517323323      +EDI: CBS7AVE May 26 2018 03:03:00      Ashro Lifestyle,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
517277873      +EDI: BANKAMER.COM May 26 2018 03:03:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
517277874      +EDI: CAPITALONE.COM May 26 2018 03:03:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517277875      +EDI: CAPITALONE.COM May 26 2018 03:03:00      Capital One,    Bankruptcy Department,
                 1680 Capital One Drive,    Mc Lean, VA 22102-3407
517336705       EDI: BL-BECKET.COM May 26 2018 03:04:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517277876      +EDI: CHASE.COM May 26 2018 03:03:00      Chase,    Attn: Bankruptcy Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
517277877      +EDI: CHASE.COM May 26 2018 03:03:00      Chase Card Services,    Attn: Correspondence,
                 Po Box 15278,    Wilmington, DE 19850-5278
517277878       EDI: WFNNB.COM May 26 2018 03:03:00      Comenity Bank,    Attn: Bankruptcy,    P.O. Box 182125,
                 Columbus, OH 43218-2125
517277879      +EDI: RCSFNBMARIN.COM May 26 2018 03:03:00      Credit One Bank,    Attn: Bankruptcy Dept,
                 585 Pilot Rd,    Las Vegas, NV 89119-3619
517277880      +EDI: RCSFNBMARIN.COM May 26 2018 03:03:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517277882      +EDI: NAVIENTFKASMDOE.COM May 26 2018 03:08:00      Dept Of Ed/Navient,    Attn: Claims Dept,
                 P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517277883      +EDI: DCI.COM May 26 2018 03:04:00      Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
517277886      +EDI: IRS.COM May 26 2018 03:04:00      IRS,    Centralized Insolvency,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517277889      +EDI: CBSKOHLS.COM May 26 2018 03:03:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
517401266       EDI: RESURGENT.COM May 26 2018 03:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517401516       EDI: RESURGENT.COM May 26 2018 03:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2             User: admin              Page 2 of 2                Date Rcvd: May 25, 2018
                                 Form ID: 148             Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517277890        +EDI: RESURGENT.COM May 26 2018 03:03:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                   Greenville, SC 29603-0497
517277891        +EDI: MID8.COM May 26 2018 03:03:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                   San Diego, CA 92193-9069
517298962        +EDI: MID8.COM May 26 2018 03:03:00      Midland Funding LLC,    PO Box 2011,
                   Warren, MI 48090-2011
517385043         EDI: NAVIENTFKASMSERV.COM May 26 2018 03:03:00       Navient Solutions, LLC on behalf of,
                   Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517283207        +EDI: PRA.COM May 26 2018 03:03:00      Orion Portfolio Services LLC,
                   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517299867         EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Brylane Home,
                   POB 41067,   Norfolk VA 23541
517277896         EDI: AISTMBL.COM May 26 2018 03:03:00      T Mobile,   PO BOX 742596,    Cincinnati, OH 45274
517298106        +EDI: AIS.COM May 26 2018 03:03:00      T Mobile/T-Mobile USA Inc,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517277900        +EDI: VERIZONCOMB.COM May 26 2018 03:08:00       Verizon,
                   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                   Weldon Springs, MO 63304-2225
517392812        +EDI: AIS.COM May 26 2018 03:03:00      Verizon,   by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517277901        +EDI: VERIZONCOMB.COM May 26 2018 03:08:00       Verizon Wireless - Bankruptcy,
                   500 Technology Drive,    Suite 550,   Saint Charles, MO 63304-2225
                                                                                                TOTAL: 30

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Christopher John Buggy    on behalf of Creditor    St. Mary of the Assumption High School
               cbuggy@carellabyrne.com
              Christopher John Buggy    on behalf of Creditor    St. Mary's of the Assumption Catholic Church
               cbuggy@carellabyrne.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              G. Glennon Troublefield    on behalf of Creditor    St. Mary of the Assumption High School
               gtroublefield@carellabyrne.com
              G. Glennon Troublefield    on behalf of Creditor    St. Mary's of the Assumption Catholic Church
               gtroublefield@carellabyrne.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Debtor Candice  Brooks sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Joint Debtor Mark  Brooks sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 10
```