| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 25, 2018 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey<br><br>Case No.:  18-10786 |
| IN RE:<br>    CANDICE BROOKS<br>    MARK BROOKS | Hearing Date:  05/23/2018<br><br>Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED:** May 25, 2018

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): CANDICE BROOKS
MARK BROOKS

Case No.: 18-10786SLM

Caption of Order: Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 05/23/2018 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, less applicable Trustee fees and comissions, shall be disbursed to the Debtor(s) except

**$1,950.00**

shall be disbursed to the Debtor(s)' Counsel for Counsel Fees and Costs hereby allowed as Administrative expenses and/or adequate protection payments due under the proposed plan or by Court Order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Candice Brooks
Mark Brooks
    Debtors

Case No. 18-10786-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: May 25, 2018
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.
db/jdb         +Candice Brooks,    Mark Brooks,    218 Lafayette St.,    Roselle, NJ 07203-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:
         Christopher John Buggy    on behalf of Creditor    St. Mary of the Assumption High School
          cbuggy@carellabyrne.com
         Christopher John Buggy    on behalf of Creditor    St. Mary's of the Assumption Catholic Church
          cbuggy@carellabyrne.com
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         G. Glennon Troublefield    on behalf of Creditor    St. Mary's of the Assumption Catholic Church
          gtroublefield@carellabyrne.com
         G. Glennon Troublefield    on behalf of Creditor    St. Mary of the Assumption High School
          gtroublefield@carellabyrne.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          rsolarz@kmllawgroup.com
         Scott J. Goldstein    on behalf of Debtor Candice  Brooks sjg@sgoldsteinlaw.com,
          cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         Scott J. Goldstein    on behalf of Joint Debtor Mark  Brooks sjg@sgoldsteinlaw.com,
          cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 10