Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−10786−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Candice Brooks | Mark Brooks |
| 218 Lafayette St. | 218 Lafayette St. |
| Roselle, NJ 07203 | Roselle, NJ 07203 |

Social Security No.:
  xxx−xx−1332                                             xxx−xx−0959

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 26, 2018</u>             <u>Stacey L. Meisel</u>
                                                    Judge, United States Bankruptcy Court